**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1355**

_____

In re:  MICHAEL KENNY CARTER, a/k/a Blaze,

          Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:17-cr-00351-JFA-1)

_____

Submitted:  May 8, 2023                                          Decided:  June 22, 2023

_____

Before GREGORY, Chief Judge, and AGEE and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Michael Kenny Carter, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenny Carter petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion to dismiss his criminal case for lack of subject matter jurisdiction. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on May 2, 2023. Accordingly, because the district court has recently acted on Carter's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*